PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: caspar.chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS CRISTOBAL,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:21-cv-02159-MCE-CKD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will instruct the Administrative Law Judge to: conduct a new hearing pursuant to which the Plaintiff may testify and submit additional evidence; consider all of the Plaintiff's medically determinable impairments; re-evaluate the medical evidence and opinions and all of the other evidence of record; evaluate the Plaintiff's subjective allegations; further develop the record as necessary to complete the administrative record; conduct the sequential evaluation process by reassessing the Plaintiff's residual functional capacity; obtain additional vocational expert testimony if necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: *July 26, 2022*       LAW OFFICE OF BARBARA M. RIZZO

By: */s/ Caspar Chan for Barbara Marie Rizzo* *
BARBARA MARIE RIZZO
*Authorized by email on July 26, 2022*
Attorneys for Plaintiff

Date: *July 26, 2022*       PHILIP A. TALBERT
United States Attorney
Eastern District of California

By: /s/ Caspar Chan
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated: July 26, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE