UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS DEE CRISTOBAL,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:21-CV-02159-MCE-CKD<br><br>ORDER GRANTING PARTIES' STIPULATION FOR ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d); AND COSTS PURSUANT TO 28 U.S.C. §1920 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees and expenses in the amount of SEVEN THOUSAND ONE HUNDRED THIRTY FOUR DOLLARS AND TWENTY CENTS ($7,134.20) and costs in the amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00), as authorized by 28 U.S.C. §§1920, 2412(d), subject to the terms of the above referenced Stipulation.

IT IS SO ORDERED.

Dated: August 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE