UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS D. CRISTOBAL, | Case No.: 2:21-cv-02159-MCE-CKD |
| Plaintiff, | ORDER |
| | GRANTING PLAINTIFF'S MOTION FOR |
| v. | APPROVAL OF ATTORNEY FEES |
| | PURSUANT TO 42 U.S.C. §406(b) |
| MARTIN O'MALLEY | |
| Commissioner of Social Security, | |
| Defendant. | |

Having considered the papers and good cause having been shown, Petitioner's Motion for Attorney Fees (ECF No. 16) is GRANTED. The Court specifically finds that the requested attorney's fees are reasonable and that Plaintiff's counsel, Barbara Marie Rizzo, is entitled to recover the sum of Eleven Thousand Seven Hundred Dollars and Zero Cents ($11,700.00) for attorney's fees out of Plaintiff's past-due benefits in accordance with agency policy pursuant to 42 U.S.C. §406(b). After receipt of this payment, Ms. Rizzo shall reimburse Petitioner in the amount of $7,100.00, which is the amount of the attorney fees previously awarded under the EAJA.

    IT IS SO ORDERED

Dated:  January 17, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE